UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARDIT ZIRA,<br><br>                           Plaintiff,<br><br>-against-<br><br>TAMIKA GRAY, In Her Official Capacity as New York District Director, United States Citizenship and Immigration Services,<br><br>                          Defendant. | 24-CV-1849 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: March 15, 2024
       New York, New York

                                                                  SO ORDERED.

                                                                    JESSICA G. L. CLARKE
                                                                    United States District Judge